

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2014

No. 04-14-00242-CR

Rudy **MENDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2880
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record, however, does not contain a plea bargain, and instead shows that a jury trial was conducted, and that the jury decided both guilt/innocence and punishment. Therefore, the trial court certification does not accurately reflect that the defendant has the right to appeal and is defective. *See* TEX. R. APP. P. 25.2(a)(2).

Rule 25.2(d) of the Texas Rules of Appellate Procedure requires the record to contain the trial court's certification of the defendant's right of appeal under Rule 25.2(a)(2). TEX. R. APP. P. 25.2(d). It further provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." *Id.*

Accordingly, the trial court is ORDERED to prepare and file an amended trial court certification correcting the defect and showing that the criminal case is not a plea-bargain case, and that the defendant has the right to appeal. The trial court clerk is instructed to file a supplemental clerk's record containing the amended trial court certification in this Court *within ten days* from the date of this order. TEX. R. APP. P. 25.2(f), (d); 34.5(c); 37.1. All other appellate deadlines are suspended pending resolution of the certification issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court